Núm. 8403.—Capella, aplda. v. Martínez, aplte.—C. D. San Juan. ▬▬▬▬▬ Julio 21, 1941.

Por cuanto, dictada sentencia en este caso por la Corte de Distrito de San Juan el 13 de junio de 1941, decretando el desahucio solicitado; y

Por cuanto, notificada la sentencia a la parte perdidosa el 27 de junio, apeló para ante este tribunal el 2 de julio siguiente, sin prestar la fianza que para responder de los daños y perjuicios y de las costas exige la ley; y

Por cuanto, basándose en ello la parte apelada pidió a este tribunal la desestimación del recurso por moción de 10 de julio, señalada para verse el 21; y

Por cuanto, al llamarse la moción para su vista el secretario informó que se había radicado un escrito por la parte apelante allanándose a la desestimación,

Por tanto, vista la ley y jurisprudencia aplicables se declara con lugar la moción y en su consecuencia se desestima el recurso.

Núm. 8430.—Díaz, et al., apldos. v. Vázquez, et al., apltes.— C. D. Guayama. ▬▬▬▬▬ Noviembre 12, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Vista la moción de desestimación presentada por los demandantes apelados y la oposición de los demandados apelantes, en la cual hacen constar que la transcripción de evidencia ya ha sido preparada y que dos o tres días después de vencida la última prórroga concedídales han radicado una moción solicitando de la Corte de Distrito de Guayama que acepte y apruebe dicha transcripción de evidencia, moción esta última que según se desprende de la certificación acompañada a dicha oposición no ha sido aun resuelta por la referida corte de distrito, no ha lugar a la desestimación solicitada, sin perjuicio de que los apelados reproduzcan su moción para desestimar en caso de que la Corte de Distrito de Guayama se niegue a aprobar la aludida transcripción de evidencia.